FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

July 25, 2023

Christopher M. Wolpert  
Clerk of Court

---

MIKE BOULTER; BOULTER, LLC; RALPH NIX PRODUCE, INC.; BARCLAY FARMS, LLC, on behalf of themselves and classes of similarly situated persons,

    Plaintiffs - Appellants,

v.

NOBLE ENERGY INC.; KERR-MCGEE OIL & GAS ONSHORE, LP,

    Defendants - Appellees.

Nos. 21-1384 & 22-1170  
(D.C. No. 1:21-CV-01346-RM-KLM)  
(D. Colo.)

---

## JUDGMENT

---

Before **EID**, **BALDOCK**, and **CARSON**, Circuit Judges.

---

These cases originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

    Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk